IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IVERSON DAMON LANG, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-176 |
| v. | |
| OFFICER AGUILAR; and SHERIFF J. WILCHER, | |
| Defendants. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 22, 2020, Report and Recommendation, (doc. 7), to which no objections have been filed. For the reasons discussed in the Report and Recommendation, plaintiff has failed to state a claim on which relief can be granted. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7). This case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA